UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFSHORE MARINE CONTRACTORS, INC. | CIVIL ACTION NO: 2:20-cv-02380 |
| VERSUS | DISTRICT JUDGE<br>HON. JANE TRICHE MILAZZO |
| TOPCO OFFSHORE, LLC | |
| | MAGISTRATE JUDGE<br>HON. DONNA PHILLIPS CURRAULT |

## ORDER

Considering the foregoing Request for Entry of Default filed by plaintiff, Offshore Marine Contractors, Inc.,

IT IS HEREBY ORDERED that the Request for Entry of Default is GRANTED, and that default is hereby entered herein against defendant, Topco Offshore, LLC.

New Orleans, Louisiana this _____ day of October, 2020.

_____
HON. CAROL L. MICHEL, Clerk of Court
By: